Sol Ganellin, Appellee, v. Harry Ginsberg and Anna Ginsberg, Wife, Co-partners, Trading as Fidelity Laundry Service, Appellants.

Gen. No. 43,290.

Heard in the first division, first district, this court at the December term, 1944; opinion filed June 25, 1945; rehearing denied July 16, 1945; released for publication July 19, 1945. Sears, O'Brien & Streit, Lester B. Masor and Ignatz Spitz, for appellants; Barnabas F. Sears and Ralph C. Putnam, Jr., of counsel; Morris K. Levinson, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.